UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BHABANI S. MOHANTY,<br><br>Defendant. | Case No.  6:24-po-00386-HBK-1<br><br>ORDER DENYING DEFENDANT'S REQUEST FOR REMOTE APPEARANCE<br><br>(Doc. No. 3)<br><br>RESETTING WARRANT RECALL AND INITIAL APPEARANCE TO:<br>OCTOBER 1, 2024 AT 1:00 PM |

On September 12, 2024, Defendant submitted a request for a video appearance without explanation. (Doc. No. 3).  On May 26, 2024, Defendant was charged with Violation No. E1168694, for violating 36 CFR 4.12, failure to comply with the directions of a traffic control device and issued a bailable citation in the amount of $250.00 plus a $30.00 processing fee for a total amount of $280.00.  (Doc. No. 1).  After Defendant failed to pay the bailable fine amount, a Notice to Appear issued setting Defendant's initial appearance for September 10, 2024.  (Doc. No. 2).  Defendant failed to appear at his September 10, 2024 initial appearance.  Due to Defendant's nonappearance, the Court issued a bench warrant, an abstract, and assessed a further $100.00 fine.  (Doc. No. 4).

The Violation Notice, General Order 627, and Federal Rule Criminal Procedure 58(d) provides a defendant with the option to post a fixed sum in lieu of a personal appearance.  It is

within the Defendant's right to contest a violation and not pay the fixed sum fine.  Defendant provides no reason why he failed to appear at his September 10, 2024 initial appearance and no explanation as to why he requires a video appearance for his October 1, 2024 rescheduled initial appearance.

Accordingly, **Defendant's request for a video appearance is DENIED**.  Defendant has the option of paying the Violation Notice by paying the $280.00 collateral fine and additional $100.00 fine to the Citations Violation Bureau in lieu of personally appearing at his rescheduled initial appearance on October 1, 2024 in Yosemite.  Should Defendant make payment **on or before September 30, 2024**, the warrant and abstract will be recalled, and the initial appearance will be vacated.  Otherwise, Defendant must personally appear at his rescheduled initial appearance and warrant recall on **October 1, 2024 at 1:00 PM** in Yosemite.

Accordingly, it is **ORDERED**:

Defendant's request to appear via video conference (Doc. No. 3) is DENIED.

Dated:  September 24, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE